**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6816**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER THOMAS BLEVINS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville.  Richard L. Voorhees,
Chief District Judge.  (CR-94-17-V, CA-97-65-5-1V)

———————————

Submitted:  November 5, 1998        Decided:  November 19, 1998

———————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Susan Graham James, Montgomery, Alabama, for Appellant.  Douglas
Scott Broyles, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte,
North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Blevins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Blevins</u>, No. CR-94-17-V; CA-97-65-5-1V (W.D.N.C. May 19, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>